Chief Judge David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FREDRICK E. STRUNK, as Administrator of the Estate of LYNNE G. STRUNK, deceased; and on behalf of FREDRICK E. STRUNK, surviving spouse; and BRIAN P. DONAHUE, surviving adult child, individually, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:21-cv-05321-DGE <br><br> STIPULATION AND ORDER OF DISMISSAL <br><br> Noted for Consideration: September 19, 2022 |

**<u>JOINT STIPULATION</u>**

The parties hereto, by and through their respective counsel of record, hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice without costs or fees to either party.

The parties further stipulate that this matter has been fully compromised and settled.

//

//

STIPULATION AND ORDER OF DISMISSAL
Case No. 3:21-cv-05321-DGE
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SO STIPULATED**.

Dated this 19th day of September, 2022.

        OTOROWSKI MORROW & GOLDEN, PLLC

    *s/ Lara A. Wilcox*
    JANE MORROW, WSBA No. 22533
    LARA A. WILCOX, WSBA No. 43229
    298 Winslow Way West
    Bainbridge Island, WA 98110
    Phone: 206-842-1000
    Fax: 206-842-0797
    Email: jm@medilaw.com
    Email: lw@medilaw.com

    *Attorneys for Plaintiff*

**SO STIPULATED**.

Dated this 19th day of September, 2022.

    Respectfully submitted,

    NICHOLAS W. BROWN
    United States Attorney

    *s/ Whitney Passmore*
    WHITNEY PASSMORE, FL No. 91922
    Assistant United States Attorneys
    United States Attorney's Office
    700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
    Phone:  206-553-7970
    Fax:  206-553-4067
    Email:  whitney.passmore@usdoj.gov

    *Attorney for the United States of America*

STIPULATION AND ORDER OF DISMISSAL
Case No. 3:21-cv-05321-DGE
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party. This Court shall retain jurisdiction over the above-captioned action and the terms of the settlement thereof if and as necessary.

DATED this 20th day of September 2022.

_____
David G. Estudillo
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
Case No. 3:21-cv-05321-DGE
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970